Joel D. Odou
Nevada Bar No. 7468
jodou@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for WESTWAYS STAFFING SERVICES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VALLEY HEALTH SYSTEMS, LLC, d/b/a VALLEY HOSPITAL MEDICAL CENTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WESTWAYS STAFFING SERVICES, INC., DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02053-RFB-PAL<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME FOR WESTWAYS STAFFING SERVICES, INC. TO RESPOND TO COMPLAINT (THIRD REQUEST)** |

Defendant, WESTWAYS STAFFING SERVICES, INC. ("Defendant") and Plaintiff, VALLEY HEALTH SYSTEMS, LLC, d/b/a VALLEY HOSPITAL MEDICAL CENTER, INC. (Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file its responsive pleading to October 24, 2017.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Hall, Prangle & Schoonveld, LLC | Wood, Smith, Henning & Berman, LLC |
| ___/s/ John F. Bemis_____ | */s/ Christina M. Mamer* |
| John F. Bemis, Esq. | Christina M. Mamer |
| Nevada Bar No. 9509 | 7674 W. Lake Mead Blvd., Ste. 150 |
| 1160 N. Town Center Dr., Ste. 200 | Las Vegas, Nevada 89128 |
| Las Vegas, Nevada 89144 | *Attorneys for Westways Staffing Services, Inc.* |
| *Attorneys for Valley Health Systems, LLC d/b/a Valley Hospital Medical Center, Inc.* | |

## **ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time for Defendant to file its responsive pleading is extended to October 24, 2017.

**IT IS SO ORDERED.**

DATED this 6th day of October, 2017.

_____
MAGISTRATE JUDGE

Respectfully submitted by:

WOOD, SMITH, HENNING & BERMAN LLP

*/s/ Christina M. Mamer*
_____
Joel D. Odou
Nevada Bar No. 7468
Christina M. Mamer
Nevada Bar No. 13181
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100

*Attorneys for Westways Staffing Services, Inc.*